UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

DENNIS WAYNE MORRISON,

                Defendant.

_____/

Case No. 1:03-CR-103

HON. RICHARD ALAN ENSLEN

**FINAL ORDER**

In accordance with the Opinion of today's date;

**IT IS HEREBY ORDERED** that  Defendant Dennis Wayne Morrison's § 2255 Motion to

Vacate, Set Aside, or Correct Sentence (Dkt. No. 33) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** as to all issues

asserted.

Dated in Kalamazoo, MI:
June 20, 2005

    /s/Richard Alan Enslen
Richard Alan Enslen
United States District Judge